UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HERIBERTO PALACIO,

                Plaintiff,

       - against -

THE CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------x

06 Civ. 3656 (CLB)

*Memorandum and Order*

Brieant, J.

      By Motion filed January 24, 2008 (Doc. 43), Plaintiff, Mr. Heriberto Palacio, seeks an enlargement of the time within which he may file his Objections with this Court, to the Report and Recommendation of the Hon. George A. Yanthis, United States Magistrate Judge. He has asked until April 15, 2008. However, as of such date, the decision will be overdue and reportable to the Judicial Conference of the United States.

      Objections will be considered only actually received in Court on or prior to March 14, 2008.

SO ORDERED.

Dated: White Plains, New York
       February 14, 2008

                                                Charles L. Brieant, U.S.D.J.

**Copies mailed / handed / faxed to counsel** 2/14/08